# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 15-2582

———————————————

United States of America

*Plaintiff - Appellee*

v.

Jaime Nevarez, also known as Jamie Nevarez

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the District of North Dakota - Fargo

——————————

Submitted: April 7, 2016
Filed: April 12, 2016
[Unpublished]

——————————

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

——————————

PER CURIAM.

Jaime Nevarez appeals from the sentence the District Court[1] imposed after he pleaded guilty to a drug offense. His written plea agreement contained an appeal

---

[1]The Honorable Ralph R. Erickson, Chief Judge, United States District Court for the District of North Dakota.

waiver.  After consideration of both the brief filed under <u>Anders v. California</u>, 386 U.S. 738 (1967), by Nevarez's former appointed attorney and the supplemental brief later filed by a retained attorney, we conclude that the appeal waiver is enforceable as to all issues raised.  <u>See</u> <u>United States v. Andis</u>, 333 F.3d 886, 889–92 (8th Cir.) (en banc) (discussing enforcement of appeal waivers), <u>cert. denied</u>, 540 U.S. 997 (2003).  In addition, out of an abundance of caution, we independently reviewed the record, <u>see</u> <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), and we found no non-frivolous issue for appeal.  Accordingly, we dismiss this appeal.

_____